Ray F. Schuster and Ruth M. Schuster, Appellants, v. Jefferson Ice Company and Ben Rieken, Appellees.

Gen. No. 43,305.

opinion filed February 13, 1946; rehearing denied March 1, 1946; released for publication March 8, 1946. Defrees, Fiske, O'Brien & Thomson, for appellants; Kenneth M. Fiske, Harry S. Ditchburne, Vincent O'Brien and John Merrill Baker, of counsel; Hinshaw & Culbertson, for appellees; Oswell G. Treadway, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.